UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00204-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **REGINALD EUGENE MARTIN JR.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Terminate Supervised Release. As defendant was only sentenced to probation, the court has deemed the motion to be one for early termination of probation. In the motion, counsel states that both the supervising probation officer and the United States Attorney concur in the request, a copy of an email from the prosecuting attorney consistent with that position is attached, and it appears that defendant has successfully completed 2/3's of the sentence of probation without any concerns and has paid the financial obligations incurred. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Terminate Probation (#30) is **GRANTED**, and probation is **TERMINATED** early as successfully completed.

Signed: September 6, 2016



Max O. Cogburn Jr
United States District Judge